148 So. 920

.Phillip JOHNSON v. STATE.
I Div. 117.

Court of Appeals of Alabáma.,
May 9, 1933.

PER CURIAM.
Appeal dismissed by appellant.

139 So. 918

W. L. JOHNSON v. STATE.
8 Div. 438.

Court of Appeals of Alabama.
Feb. 16, 1932.

See, also, 24 Ala. App. 316, 134 So. 821.

BRICKEN, P. J.
Affirmed.

144 So. 924

Ed JONES v. CITY OF TUSCALOOSA.
6 Div. 328.

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 919

Cecil JONES v. STATE.
6 Div. 200.

Court of Appeals of Alabama.
Jan. 12, 1932.

BRICKEN, P. J.
Affirmed.

149 So. 926

Clester JONES v. STATE.
6 Div. 496.

Court of Appeals of Alabama.
June 30, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

148 So. 920

James JONES v. STATE.
8 Div. 722.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

145 So. 920

Lemmie C. JONES v. STATE.
6 Div. 300.

Court of Appeals of Alabama.
Dec. 20, 1932.

RICE, J.
Appeal dismissed.

146 So. 921

T. J. JONES v. STATE.
8 Div. 707.

Court of Appeals of Alabama.
March 21, 1933.

RICE, Judge.
Affirmed.